UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-30601 |
| | ) | |
| KIMBERLY D GIBAS | ) | Chapter:  13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY AND BARRING DEBTOR IN CASE OF DISMISSAL

THIS MATTER COMING TO BE HEARD on the Motion filed by ONEWEST BANK N.A., FORMERLY KNOWN AS ONEWEST BANK, FSB to modify the Automatic Stay and for dismissal with a bar, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

(1) The automatic stay is hereby modified so as to not restrain ONEWEST BANK N.A., from pursuing nonbankruptcy remedies with respect to the real property commonly known as 56 COVERED BRIDGE RD, SOUTH BARRINGTON, IL 60010;

(2) In the event of dismissal of this case, the Debtor will be barred for a period of 180 days from again seeking protection under the US Bankruptcy Code; and,

(3) Notwithstanding anything to the contrary in Fed Bankr. Rule P. 4001(a)(3), this Order will be effective immediately.

Enter:

United States Bankruptcy Judge

Dated: 22 OCT 2014

**Prepared by:**

22 OCT 2014

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-30601 |
| | ) | |
| KIMBERLY D GIBAS | ) | Chapter: 13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CO-DEBTOR STAY

THIS MATTER COMING TO BE HEARD on the Motion filed by ONEWEST BANK N.A., FORMERLY KNOWN AS ONEWEST BANK, FSB to modify the Automatic Stay, due notice having been given and the Court being fully advised in the premises;

The automatic stay is hereby modified so as to not restrain ONEWEST BANK N.A., FORMERLY KNOWN AS ONEWEST BANK, FSB, from pursuing nonbankruptcy remedies with respect to the rights of the Co-Debtor, Larry E. Gibas, Jr., in the real property commonly known as 56 COVERED BRIDGE RD, SOUTH BARRINGTON, IL 60010.

Notwithstanding anything to the contrary in Fed Bankr. Rule P. 4001(a)(3), this Order will be effective immediately.

Enter:

United States Bankruptcy Judge

Dated:

**Prepared by:**

22 OCT 2014